# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**WANDA ADAMS OWENS,**

    **Plaintiff,**

v.                                              Case No. 1:20-cv-62-AW-MAF

**ANDREW SAUL, Commissioner of
the Social Security Administration,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION
## AND AFFIRMING COMMISSIONER'S DECISION

    I have carefully considered the magistrate judge's January 6, 2021 Report and Recommendation, ECF No. 22, to which no objections have been filed. I now conclude that the Report and Recommendation should be approved, and it is adopted and incorporated by reference into this order. The clerk will enter a judgment that states "The decision of the Commissioner is affirmed." The clerk will then close the file.

    SO ORDERED on February 15, 2021.

                                                   s/ *Allen Winsor*
                                                   United States District Judge